UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AR RAZZAAQ RASHID BEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO.: 1:20-cv-2683-RLY-TAB |
| v. | ) |
| | ) |
| TYLER O. MOORE, acting as City of Kokomo mayor; JUSTIN MACKEY, BADGE NO. 417 (acting as police of City of Kokomo); GRAHAM DENNIS, BADGE NO. 413 (acting as police of City of Kokomo); ANDREW GRAMMAR, BADGE NO. 411 (acting as police of City of Kokomo); NOAH MOODY, badge no. 410 (acting as police of City of Kokomo); CHRIS WHITE, badge no. 397 (acting as police of City of Kokomo); ZACHARY GRIFFITH, badge no. 414 (acting as police of City of Kokomo); ISAAC WALDEN, badge no. 421 (acting as police of City of Kokomo); RYAN ADAMS, badge no. 424 (acting as police of City of Kokomo); DOUGLAS STOUT, badge no. 353 (acting as police of City of Kokomo); ROBERT BAKER; badge no. 268 (acting as police of City of Kokomo); JORDAN BUCKLEY, Badge no. 34-66 (acting as deputy sheriff for City of Kokomo sheriff's department); JUSTIN MARKLEY, Badge no. 34-72 (acting as deputy sheriff for City of Kokomo sheriff's department); ALAN WIMER, Badge no. 34-84 (acting as deputy sheriff for City of Kokomo sheriff's department); KEITH MEYERS, Badge no. 34-41 (acting as deputy sheriff for City of Kokomo sheriff's department); EZEKIEL ZIMMERMAN, Badge no. 34-81 (acting as deputy sheriff for City of Kokomo sheriff's department); DOUGLAS TATE (acting as City of Kokomo Howard County superior court iii judge); MARK A. HURT (acting as | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

| | |
|---|---|
| City of Kokomo prosecutor; MARK A. MCCANN (acting as City of Kokomo prosecutor; ROBIN BYERS (acting as jail commander of Howard County Indiana Corrections Division); JUSTIN CHRISTMAS (acting as jail asst. commander of Howard County Indiana corrections division); KELSEY KIRKPATRICK, badge no. 968 (acting as jail supervisor of Howard County Indiana corrections division); BEN PENROD, Badge C030 (acting as jail supervisor of Howard County Indiana corrections division); MARVIN JOHNSON, Johnson's Towing, Inc.; Allan Wilson; Competition Towing & Recovery LLC; KENNY CARTER, Martin Wrecker Services, Inc.; KOBE CARTER, Martin Wrecker Services,<br><br>                      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS KENNY CARTER, MARTIN WRECKER SERVICES, INC., AND CODY CARTER'S MOTION TO DISMISS

Defendants, KENNY CARTER, MARTIN WRECKER SERVICES, INC., and CODY CARTER (incorrectly named KOBE CARTER), by counsel, move to dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). In support of this motion, Defendants state as follows:

1. Plaintiff has failed to state a claim upon which relief can be granted.

2. Plaintiff has alleged that the Defendants failed to respond to an affidavit of truth.

3. Plaintiff has concluded, without alleging facts, that he was charged a ransom.

4. Plaintiff's allegations are insufficient to allow a claim to proceed.

5. A Memorandum in Support of this motion is being filed contemporaneously herewith.

WHEREFORE, Defendants Kenny Carter, Martin Wrecker Services, Inc., and Cody Carter (incorrectly named Kobe Carter), respectfully ask that this Court dismiss Plaintiff's Complaint, and for all other relief just and proper under the circumstances.

**LEWIS WAGNER, LLP**

By:    *s/Robert R. Foos, Jr.*
ROBERT R. FOOS, JR., #20885-45
*Counsel for Defendants Martin Wrecker Services, Inc., Kenny Carter and Cody Carter (incorrectly named Kobe Carter)*

CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2021, a copy of the foregoing Motion to Dismiss was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

Elizabeth Lewandowski
Matthew Scott Clark
KNIGHT, HOPPE, KURNIK & KNIGHT, LTD.
233 East 84th Drive, Suite 301
Merrillville, IN 46410
elewandowski@khkklaw.com
mclark@khkklaw.com
*Counsel for Defendants, Tyler O. Moore, Justin Mackey, Graham Dennis, Andrew Grammar, Noah Moody, Chris White, Isaac Walden, Ryan Adams, Douglas Stout, Robert Baker, and Zachary Griffith*

Alexander R Carlisle
Marley Genele Hancock
Indiana Attorney General's Office - IAG/302
Indiana Government Center South
302 W Washington St 5th Fl
Indianapolis, IN 46204-2770
Marley.hancock@atg.in.gov
*Counsel for Defendant, Douglas A. Tate, Mark Allan Hurt, Mark A. McCann,*

| | |
|---|---|
| Daniel M Witte<br>Travelers Staff Counsel Office - Ind/IN<br>PO Box 64093<br>St Paul, MN 55164<br>**Counsel for Defendant, Jordan Buckley, Justin Markley, Alan Weimer, Keith Meyers, Ezekiel Zimmerman, Robin Byers, Justin Christmas, Kelsey Kirkpatrick, and Ben Penrod.** | Marvin Johnson<br>07359-011<br>Terre Haute- USP<br>TERRE HAUTE U.S. PENITENTIARY<br>Inmate Mail/Parcels<br>P.O. BOX 33<br>TERRE HAUTE, IN 47808<br>**Pro- Se Defendant** |
| Jeff Cardella<br>The Law Office of Jeff Cardella, LLC<br>333 N. Alabama Street, #357<br>Indianapolis, IN 46204<br>**Counsel for Defendants Allen Wilson and Competition Towing & Recovery, LLC** | Ar Razzaaq Rashid Bey<br>1524 North Purdum Street<br>Kokomo, IN 46901<br>**Pro- Se Plaintiff** |

LEWIS WAGNER, LLP
Suite 200
501 Indiana Avenue
Indianapolis, IN 46202
Telephone:    317-237-0500
Facsimile:    317-630-2790
rfoos@lewiswagner.com

*s/ Robert R. Foos, Jr.*
ROBERT R. FOOS, JR