UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AR RAZZAAQ RASHID BEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO.:  1:20-cv-2683-RLY-TAB |
| v. | ) |
| | ) |
| TYLER O. MOORE, acting as City of | ) |
| Kokomo mayor; JUSTIN MACKEY, | ) |
| BADGE NO. 417 (acting as police of City | ) |
| of Kokomo); GRAHAM DENNIS, BADGE | ) |
| NO. 413 (acting as police of City of | ) |
| Kokomo); ANDREW GRAMMAR, | ) |
| BADGE NO. 411 (acting as police of City | ) |
| of Kokomo); NOAH MOODY, badge no. | ) |
| 410 (acting as police of City of Kokomo); | ) |
| CHRIS WHITE, badge no. 397 (acting as | ) |
| police of City of Kokomo); ZACHARY | ) |
| GRIFFITH, badge no. 414 (acting as police | ) |
| of City of Kokomo); ISAAC WALDEN, | ) |
| badge no. 421 (acting as police of City of | ) |
| Kokomo); RYAN ADAMS, badge no. 424 | ) |
| (acting as police of City of Kokomo); | ) |
| DOUGLAS STOUT, badge no. 353 (acting | ) |
| as police of City of Kokomo); ROBERT | ) |
| BAKER; badge no. 268 (acting as police of | ) |
| City of Kokomo); JORDAN BUCKLEY, | ) |
| Badge no. 34-66 (acting as deputy sheriff | ) |
| for City of Kokomo sheriff's department); | ) |
| JUSTIN MARKLEY, Badge no. 34-72 | ) |
| (acting as deputy sheriff for City of | ) |
| Kokomo sheriff's department); ALAN | ) |
| WIMER, Badge no. 34-84 (acting as deputy | ) |
| sheriff for City of Kokomo sheriff's | ) |
| department); KEITH MEYERS, Badge no. | ) |
| 34-41 (acting as deputy sheriff for City of | ) |
| Kokomo sheriff's department); EZEKIEL | ) |
| ZIMMERMAN, Badge no. 34-81 (acting as | ) |
| deputy sheriff for City of Kokomo sheriff's | ) |
| department); DOUGLAS TATE (acting as | ) |
| City of Kokomo Howard County superior | ) |
| court iii judge); MARK A. HURT (acting as | ) |

City of Kokomo prosecutor; MARK A. )
MCCANN (acting as City of Kokomo )
prosecutor; ROBIN BYERS (acting as jail )
commander of Howard County Indiana )
Corrections Division); JUSTIN )
CHRISTMAS (acting as jail asst. )
commander of Howard County Indiana )
corrections division); )
KELSEY KIRKPATRICK, badge no. 968 )
(acting as jail supervisor of Howard County )
Indiana corrections division); BEN PENROD, )
Badge C030 (acting as jail supervisor of )
Howard County Indiana corrections division); )
MARVIN JOHNSON, Johnson's Towing, )
Inc.; Allan Wilson; Competition Towing & )
Recovery LLC; KENNY CARTER, Martin )
Wrecker Services, Inc.; KOBE CARTER, )
Martin Wrecker Services, )
 )
    Defendants. )
 )

## ORDER GRANTING DEFENDANTS KENNY CARTER, MARTIN WRECKER SERVICES, INC., AND CODY CARTER'S MOTION TO DISMISS

This matter, coming before the Court on Defendants, KENNY CARTER, MARTIN WRECKER SERVICES, INC., and CODY CARTER's Motion to Dismiss, and the Court being duly advised, GRANTS said Motion.

IT IS HEREBY ORDERED that Plaintiff's Complaint is dismissed as to Defendants, KENNY CARTER, MARTIN WRECKER SERVICES, INC. and CODY CARTER (incorrectly named as Kobe Carter).

Date: _____

_____
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via e-mail generated by the court's ECF system

Manual Notice:

Ar Razzaaq Rashid Bey
1524 Purdham Street
Kokomo, IN  46901