UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| AR RAZZAAQ RASHID BEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-02683-RLY-TAB |
| | ) | |
| TYLER O. MOORE Kokomo Mayor, | ) | |
| DOUGLAS A. TATE Superior Court 3 Judge, | ) | |
| MARK ALLAN HURT Prosecutor, | ) | |
| MARK A. MCCANN Prosecutor, | ) | |
| JUSTIN MACKEY Kokomo Police Department Policy Enforcer, Badge # 417, | ) | |
| GRAHAM DENNIS Kokomo Police Department Police Enforcer; Badge # 413, | ) | |
| ANDREW GRAMMAR Kokomo Police Department Police Enforcer; Badge # 411, | ) | |
| NOAH MOODY Kokomo Police Department Police Enforcer; Badge # 410, | ) | |
| CHRIS WHITE Kokomo Police Department Police Enforcer; Badge #397, | ) | |
| ISAAC WALDEN Kokomo Police Department Police Enforcer; Badge # 421, | ) | |
| RYAN ADAMS Kokomo Police Department Police Enforcer; Badge # 424, | ) | |
| DOUGLAS STOUT Kokomo Police Department Police Enforcer; Badge # 353, | ) | |
| ROBERT BAKER Kokomo Police Department Police Enforcer; Badge # 268, | ) | |
| ZACHARY GRIFFITH Kokomo Police Department Police Enforcer; Badge # 414, | ) | |
| JORDAN BUCKLEY Kokomo Deputy Sheriff; Badge # 34-66, | ) | |
| JUSTIN MARKLEY Kokomo Deputy Sheriff; Badge # 34-72, | ) | |
| ALAN WEIMER Kokomo Deputy Sheriff; Badge # 34-84, | ) | |
| KEITH MEYERS Kokomo Deputy Sheriff; Badge # 34-41, | ) | |

| | |
|---|---|
| EZEKIEL ZIMMERMAN Kokomo Deputy Sheriff; Badge # 34-81, <br> ROBIN BYERS Howard County Indiana Corrections Division, <br> JUSTIN CHRISTMAS Howard County Indiana Corrections Division, <br> KELSEY KIRKPATRICK Howard County Indiana Corrections Division; 968, <br> BEN PENROD Howard County Indiana Corrections Division, C030, <br> MARVIN JOHNSON Howard County Indiana Corrections Division, <br> JOHNSON'S TOWING INC, <br> ALLAN WILSON, <br> COMPETITION TOWING & RECOVERY, LLC, <br> KENNY CARTER, <br> KOBE CARTER, and <br> MARTIN WRECKER SERVICES INC, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## ORDER DISMISSING CASE

On July 8, 2021, the court ordered Plaintiff, Ar Razzaaq Rashid Bey, to pay the filing fee or show cause as to why he cannot afford the filing fee by filing a motion to proceed in forma pauperis. The court informed him that if he failed to do so on or before August 9, 2021, his case would be dismissed. Plaintiff has not paid the filing or moved for leave to proceed in forma pauperis. Accordingly, Plaintiff's case is **DISMISSED**, with prejudice, for failure to prosecute and for failure to comply with a court order. All pending motions to dismiss and for summary ruling (Filing Nos. 17, 25, 28, 31, 35, 42, and 45) **DENIED AS MOOT**.

**SO ORDERED** this 11th day of August 2021.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

2

Distribution by U.S. Mail to:

Ar Razzaaq Rashid Bey
1524 North Purdum Street
Kokomo, IN  46901

Distributed Electronically to Registered Counsel of Record.