UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| AR RAZZAAQ RASHID BEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-02683-RLY-TAB |
| | ) | |
| TYLER O. MOORE Kokomo Mayor, | ) | |
| DOUGLAS A. TATE Superior Court 3 Judge, | ) | |
| MARK ALLAN HURT Prosecutor, | ) | |
| MARK A. MCCANN Prosecutor, | ) | |
| JUSTIN MACKEY Kokomo Police Department Policy Enforcer, Badge # 417, | ) | |
| GRAHAM DENNIS Kokomo Police Department Police Enforcer; Badge # 413, | ) | |
| ANDREW GRAMMAR Kokomo Police Department Police Enforcer; Badge # 411, | ) | |
| NOAH MOODY Kokomo Police Department Police Enforcer; Badge # 410, | ) | |
| CHRIS WHITE Kokomo Police Department Police Enforcer; Badge #397, | ) | |
| ISAAC WALDEN Kokomo Police Department Police Enforcer; Badge # 421, | ) | |
| RYAN ADAMS Kokomo Police Department Police Enforcer; Badge # 424, | ) | |
| DOUGLAS STOUT Kokomo Police Department Police Enforcer; Badge # 353, | ) | |
| ROBERT BAKER Kokomo Police Department Police Enforcer; Badge # 268, | ) | |
| ZACHARY GRIFFITH Kokomo Police Department Police Enforcer; Badge # 414, | ) | |
| JORDAN BUCKLEY Kokomo Deputy Sheriff; Badge # 34-66, | ) | |
| JUSTIN MARKLEY Kokomo Deputy Sheriff; Badge # 34-72, | ) | |
| ALAN WEIMER Kokomo Deputy Sheriff; Badge # 34-84, | ) | |
| KEITH MEYERS Kokomo Deputy Sheriff; Badge # 34-41, | ) | |

1

| | |
|---|---|
| EZEKIEL ZIMMERMAN Kokomo Deputy Sheriff; Badge # 34-81, | ) ) |
| ROBIN BYERS Howard County Indiana Corrections Division, | ) ) |
| JUSTIN CHRISTMAS Howard County Indiana Corrections Division, | ) ) |
| KELSEY KIRKPATRICK Howard County Indiana Corrections Division; 968, | ) ) |
| BEN PENROD Howard County Indiana Corrections Division, C030, | ) ) |
| MARVIN JOHNSON Howard County Indiana Corrections Division, | ) ) |
| JOHNSON'S TOWING INC, | ) |
| ALLAN WILSON, | ) |
| COMPETITION TOWING & RECOVERY, LLC, | ) ) |
| KENNY CARTER, | ) |
| KOBE CARTER, and | ) |
| MARTIN WRECKER SERVICES INC, | ) |
| Defendants. | ) ) ) |

# JUDGMENT

Consistent with the Order issued today, the court enters final judgment in favor of the Defendants and against the Plaintiff.

**SO ORDERED** this 11th day of August 2021.

Roger Sharpe, Clerk
United States District Court

_Dina M. Dafle_
By: Deputy Clerk

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

2

Distribution by U.S. Mail to:

Ar Razzaaq Rashid Bey
1524 North Purdum Street
Kokomo, IN  46901

Distributed Electronically to Registered Counsel of Record.