Case 1:20-cv-02683-RLY-TAB   Document 56   Filed 08/16/21   Page 1 of 1 PageID #: 483

THE OFFICE OF THE
CLERK OF THE U.S. DISTRICT COURT
105 U.S. COURTHOUSE
46 EAST OHIO STREET
INDIANAPOLIS, INDIANA 46204

OFFICIAL BUSINESS



INDIANAPOLIS IN 460
4 AUG 2021 PM 3 L
12 AUG 2021 PM 7 L

02 1P
0000938573    AUG 04 2021
$ 000.51⁰
MAILED FROM ZIP CODE 46204

( 1:20-cv-2683 )
MARVIN JOHNSON
FEDERAL CORRECTIONAL COMPLEX
TERRE HAUTE, INDIANA

**RETURN TO SENDER**

NOT AT THIS INSTITUTION
NEED CORRECT NAME AND NUMBER

INMATE LOCATIONS CAN BE FOUND ON OUR
WEBSITE WWW.BOP.GOV

FILED
AUG 16 2021
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA